# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Coretta Avery | : | |
| | : | |
| v. | : | No. 311 C.D. 2018 |
| | : | |
| City of Philadelphia Board of | : | |
| Pensions and Retirement, | : | |
| Appellant | : | |

# **O R D E R**

**AND NOW,** this 4th day of June, 2019, it is ordered that the above-captioned Memorandum Opinion, filed April 9, 2019, shall be designated OPINION and shall be REPORTED.

_____

**BONNIE BRIGANCE LEADBETTER,**
Senior Judge